IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL A. STANDEN,** | : | No. 3:11cv1988 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **GERTRUDE HAWK CHOCOLATES, INC.,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of February 2014, defendant's motion for summary judgment (Doc. 45) is hereby **GRANTED** in part and **DENIED** in part as follows:

1. The motion is **GRANTED** with respect to plaintiff's Title VII retaliation claim, Count II, against the defendant.  Count II is **DISMISSED** with prejudice.

2. The motion is **DENIED** in all other respects.

                                                     **BY THE COURT:**

                                                     **s/ James M. Munley**
                                                     **JUDGE JAMES M. MUNLEY**
                                                     **United States District Court**