# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL A. STANDEN,** | : | No. 3:11cv1988 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **GERTRUDE HAWK CHOCOLATES, INC.,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 19th day of March 2014, it is hereby ordered as follows:

1) Defendant's motion in limine to preclude reference to plaintiff's suicide attempt (Doc. 57) is **DENIED**.

2) Defendant's motion in limine to preclude plaintiff from offering evidence of an unsupported medical diagnosis (Doc. 59) is **DENIED**. Plaintiff may testify as to her feelings and emotions regarding defendant's alleged hostile work environment.  Plaintiff, however, has agreed not to introduce evidence pertaining to medical opinions, diagnoses or prognoses.

                                                **BY THE COURT:**

                                                **s/ James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**